STATE OF OREGON,
*Respondent,*

*v.*

ROBERT VICTOR MISIKIN,
*Appellant.*

025876; A122361

118 P3d 835

Peter A. Ozanne, Executive Director, Peter Gartlan, Chief Defender, and Jennelle Meeks Barton, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Doug M. Petrina, Assistant Attorney General, filed the brief for respondent.

Before Landau, Presiding Judge, and Schuman\* and Ortega, Judges.

PER CURIAM

Affirmed. *State v. Vigil,* 197 Or App 407, 106 P3d 656, *adh'd to on recons,* 199 Or App 525, 112 P3d 441, *rev den,* 339 Or 156 (2005); *State v. Fuerte-Coria,* 196 Or App 170, 100 P3d 773 (2004), *rev den,* 338 Or 16 (2005); *State v. McCoin,* 190 Or App 532, 79 P3d 342 (2003), *rev den,* 336 Or 422 (2004).

---

\* Schuman, J., *vice* Richardson, S. J.